

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00402-CV

STEPHEN W. JOHNSON                                    APPELLANT

V.

LISA Z. JOHNSON                                      APPELLEE

------------

### FROM THE 355TH DISTRICT COURT OF HOOD COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On March 12, 2013, we ordered appellant to pay the $175 filing fee for his appeal, to make arrangements to pay for the appellate record, and to pay the $10 motion fee for three motions by Thursday, April 11, 2013, or the case would be subject to dismissal. See Tex. R. App. P. 42.3(c).

Appellant has not complied with this court's March 12, 2013 order.

---

[1]See Tex. R. App. P. 47.4.

We received a response from appellant on April 11, 2013, which we construe as a motion to modify the trial court's judgment. The motion is **DENIED**, and because appellant failed to comply with a requirement of this court's March 12, 2013 order, we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  April 18, 2013